```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
```

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00173 LJO-SKO |
| Plaintiff, | UNITED STATES' MOTION AND PROPOSED ORDER FOR THREE-WEEK EXTENSION OF TIME TO RESPOND |
| v. | |
| PABLO CISNEROS-VASQUEZ, | |
| Movant/Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby requests a three-week extension of time to respond to Defendant/Movant Cisneros-Vasquez's § 2255 petition, to April 1, 2016. This motion is based on the attached declaration of Assistant U.S. Attorney Michael G. Tierney.  A Proposed Order appears below.

DATED: March 7, 2016.              Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                               By: /s/ Michael G. Tierney
                                   MICHAEL G. TIERNEY
                                   Assistant United States Attorney

**D E C L A R A T I O N**

I, MICHAEL G. TIERNEY, declare as follows:

1. I am an Assistant U.S. Attorney (AUSA) for the Eastern District of California. I am familiar with the facts described below.

2. On January 22, 2016, Defendant Cisneros-Vasquez filed a Motion to Vacate, Set Aside, or Correct his Sentence under 28 U.S.C. § 2255.

3. On January 25, 2016, the Court issued a minute order indicating that "its decision-making would be aided by the filing of a response/opposition by the United States." (Dkt. 17). The Court set a deadline of Friday, March 11, 2016 for the United States' response/opposition.

4. The United States intends to file such a response/opposition, and I am currently researching and drafting such a document. However, schedule constraints have made it difficult to meet the Court's deadline. These constraints include the following:

5. The AUSA originally assigned to this matter departed for maternity leave the same week the Court issued its minute order, and her pending matters were reassigned. I entered an appearance in this matter on February 17, 2016.

6. From February 22-25, 2016, I traveled outside the state for an ongoing criminal investigation.

7. During the week of February 29-March 4, 2016, I completed researching and drafting a Response in Opposition to another § 2255

2

petition, United States v. Neal, 1:11-CR-297.  The § 2255 petition and supporting materials in Neal consisted of well over one hundred pages, and the Response required significant time to research, organize, and draft.

    7.   Given the above constraints, it will be difficult to file the United States' opposition by the original deadline.  A three-week extension is sufficient to allow the United States to fully respond.

    8.    Accordingly, the United States requests that it be allowed to submit its response/opposition anytime on or before April 1, 2016.

    I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March, 2016, at Fresno, California.

                                      /s/ Michael G. Tierney
                                      MICHAEL G. TIERNEY

**ORDER**

The Court having reviewed the United States' Motion for Extension of Time to Respond and the attached Declaration, hereby grants an extension of time to respond.  The United States is ordered to respond no later than April 1, 2016.

IT IS SO ORDERED.

Dated:   **March 8, 2016**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE