UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:14-CR-00173-LJO |
|---|---|
| Plaintiff-Respondent, | ORDER VACATING THE COURT'S PREVIOUS ORDER (Doc. 22), REINSTATING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT HIS SENTENCE UNDER 28 U.S.C. § 2255 (Doc. 16), AND REFERRING THE MATTER TO THE FEDERAL PUBLIC DEFENDER'S OFFICE. |
| v. | |
| PABLO CISNEROS-VASQUEZ, | |
| Defendant-Petitioner. | |

On April 26, 2016, the Court issued an order granting the United States' motion to dismiss Petitioner's motion brought pursuant to 28 U.S.C. § 2255. Doc. 22. However, it has come to the Court's attention that this case inadvertently was not referred to the Federal Public Defender's Office pursuant to Eastern District of California General Order 563 (available at http://www.caed.uscourts.gov/caednew/assets/File/GO%20563.pdf ), which provides for the appointment of a Federal Public Defender when any pro se motion or petition seeks relief under *Johnson v. United States*, 135 S. Ct. 2551 (2015). Accordingly, the Court VACATES its order dismissing the case for lack of jurisdiction (Doc. 22) and REINSTATES Petitioner's motion for relief (Doc. 16). Pursuant to General Order 563, the Federal Public Defender's Office is hereby appointed to represent Petitioner in this matter. The Clerk of Court is directed to serve a copy of this order on the Federal Public Defender's Office.

IT IS SO ORDERED.

Dated: __April 28, 2016__              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE