# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PABLO CISNEROS-VASQUEZ,<br><br>    Defendant. | CASE NO. 1:14-CR-00173-LJO-SKO-1<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>(Doc. 16) |

    On January 22, 2016, Defendant Pablo Cisneros-Vasquez filed a *pro se* motion (Doc. 16), pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"), raising issues related to *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016). Pursuant to Eastern District of California General Order 563, on April 28, 2016, the Court referred the matter to the Federal Defender's Office ("FDO"). Doc. 23.

    In light of the Court's Order referring the matter to the FDO (Doc. 23), **IT IS HEREBY ORDERED** that the FDO shall have until **July 27, 2016** to file a supplement to Defendant's *pro se* Section 2255 Motion **or** notify the Court that it does not intend to file a supplement to the motion. The Government shall have **60 days** from the date of the FDO's filing to file a response to Defendant's Section 2255 Motion. The FDO shall have **60 days** from the date of the Government's filing to file a reply.

    The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator Connie Garcia (Connie_Garcia@fd.org) to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

    Dated:  **May 16, 2016**            /s/ Lawrence J. O'Neill  
                                                          UNITED STATES CHIEF DISTRICT JUDGE